IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02886-BNB-CBS

COMMERCIAL BUILDING SERVICES, INC.,

Plaintiff,

v.

NUART SIGN & GRAPHIC SYSTEMS, and
CHAD ALBAUGH,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been settled. Notice of Settlement [Doc. # 18, filed 2/27/2013]. The parties, however, indicate that final performance of the settlement will not be completed until June 1, 2013.

Local rule 41.2, D.C.COLO.LCivR, provides that a magistrate judge exercising consent jurisdiction, as here, "may direct the clerk to close a civil case administratively subject to reopening for good cause."

IT IS ORDERED:

(1) The Clerk of the Court is directed to administratively close this case subject to reopening for good cause; and

(2) The parties shall file a status report on or before July 1, 2013, addressing the status of the settlement and whether the action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED March 1, 2013.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge