IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02886-BNB-CBS

COMMERCIAL BUILDING SERVICES, INC.,

Plaintiff,

v.

NUART SIGN & GRAPHIC SYSTEMS, and
CHAD ALBAUGH,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Entry of Judgment** [Doc. # 20, filed 3/18/2013]. The case previously was administratively closed subject to being reopened on a showing of good cause. Order [Doc. # 19]. Good cause having been shown:

IT IS ORDERED:

(1) The case is reopened pursuant to D.C.COLO.LCivR 41.2; and

(2) Defendants shall respond to Plaintiff's Motion for Entry of Judgment [Doc. # 20] on or before April 3, 2013.

DATED March 20, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge