IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02886-REB-BNB | Date: April 19, 2013 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| COMMERCIAL BUILDING SERVICES, INC<br>**Plaintiff(s)** | Alvin M. Cohen |
| v. | |
| NUART SIGN & GRAPHIC SYSTEMS, INC<br>CHAD ALBAUGH<br>**Defendant(s)** | Daniel Myers via telephone |

### COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 8:30 a.m.

Discussion held on status of the case and [20] Plaintiff's Motion for Entry of Judgment.

For reasons stated on the record, it is

**ORDERED:  [20] Plaintiff's Motion for Entry of Judgment is DENIED.**

Court in Recess:  8:38 a.m.    Hearing concluded.    Total time in Court:  00:08

*  To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119