IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02886-BNB-CBS

COMMERCIAL BUILDING SERVICES, INC.,

Plaintiff,

v.

NUART SIGN & GRAPHIC SYSTEMS, and
CHAD ALBAUGH,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Entry of Judgment** [Doc. # 20, filed 3/18/2013] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

The parties entered into a settlement agreement which requires the defendants to make five installment payments. The defendants made the first installment when due, but the second and third installments were late. The plaintiff accepted the late payments.

Two more installments remain to be paid, on May 1 and June 3, 2013. Although the plaintiff states that it still seeks entry of the judgment based on the defendants' past failures to make timely payments, it states also that it will not execute on such a judgment in the event the defendants fully perform the remaining two installments due under the settlement agreement.

Based on these facts, I decline to enter judgment consistent with the settlement agreement. The plaintiff may renew the motion in the event either remaining installment is not paid when due.

IT IS ORDERED that the Motion [Doc. # 20] is DENIED without prejudice.

DATED April 19, 2013.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge