IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02886-BNB-CBS

COMMERCIAL BUILDING SERVICES, INC.,

Plaintiff,

v.

NUART SIGN & GRAPHIC SYSTEMS, and
CHAD ALBAUGH,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Appear Telephonically** [docket no. 33, filed July 9, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and counsel for defendants, Daniel Myers, may appear telephonically for the hearing set for July 12, 2013, at 10:30 a.m., Mountain Daylight Time, by calling **303-844-6408**.


DATED:  July 9, 2013