IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-02886-REB-BNB | Date: | July 12, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| COMMERCIAL BUILDING SERVICES, INC **Plaintiff(s)** | *Alvin M. Cohen* |
| v. | |
| NUART SIGN & GRAPHIC SYSTEMS, INC CHAD ALBAUGH **Defendant(s)** | *Daniel Myers via telephone* |

**COURTROOM MINUTES**

**MOTION HEARING**

Court in Session: 10:29 a.m.

Discussion held on [31] Plaintiff's Motion for Entry of Judgment.

For reasons stated on the record, it is

**ORDERED:  [31] Plaintiff's Motion for Entry of Judgment is GRANTED, written order to issue.**

Court in Recess:  10:34 a.m.   Hearing concluded.    Total time in Court:  00:05

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119