IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.: 12-CV-02886-~~RES~~-BNB-CBS

COMMERCIAL BUILDING SERVICES, INC.

    Plaintiff,

v.

NUART SIGN & GRAPHIC SYSTEMS, INC.;
& CHAD ALBAUGH

    Defendant.

## ORDER

UPON THE MOTION of Plaintiff Commercial Building Services, Inc. ("CBS) for entry of judgment, jointly and severally, against Defendants NuArt Sign and Graphic Systems, Inc. ("NuArt") and Chad Albaugh ("Albaugh"), and it appearing to the Court that:

1. CBS, NuArt and Albaugh entered into a Settlement Agreement on January 25, 2013 to settle this litigation, in which CBS sought damages of $180,000.

2. Under the Settlement Agreement, NuArt agreed to pay CBS $40,000 in exchange for CBS releasing all of its claims against NuArt and Albaugh. NuArt agreed to make the $40,000 payment in the following installments:

  A. $10,000 immediately upon execution of the Settlement Agreement;
  B. $7,625.42 on March 1, 2013;
  C. $7,625.42 on April 1, 2013;

1

\\Xpserver1\wp51\A_F\C-937\009 NuArt\US DISTRICT PLEADINGS\Order (proposed) re Motion to Enforce Settlement Agreement 6 10 2013.doc

    D. $7,625.42 on May 1, 2013; and

    E. $7,625.42 on June 3, 2013.

  3. NuArt made the initial $10,000 payment to CBS, together with the payments due on March 1, April 1, and May 1, 2013, each in the amount of $7,625.42, for a total payment of $32,875. However, NuArt failed to make the final payment due and owing on June 3, 2013.

  4. NuArt is in default of the Settlement Agreement.

  5. Under the Settlement Agreement, "in the event of a Default, CBS shall be entitled to judgment in the Litigation against NuArt and Albaugh, jointly and severally, in the amount of $100,000, less payments to date."

  6. Accordingly, CBS is entitled to judgment in the amount of $100,000, less the payments to date of $32,875, for a net judgment of $67,125, jointly and severally against NuArt and Albaugh.

  7. Paragraph C12 of the Settlement Agreement provides for the award of attorney's fees to the prevailing party in any litigation regarding the enforcement of the Settlement Agreement. As shown by the affidavit of its attorney, CBS incurred attorney's fees of $1,062 in the enforcement of the Settlement Agreement, and the Court finds that $1,062 was reasonable and necessary to enforce the Settlement Agreement.

  8. Accordingly, CBS is entitled to judgment for $67,125, plus $1,062 in attorney's fees, for a total of $68,187, to be entered, jointly and severally, against NuArt and Albaugh

2

\\Xpserver1\wp51\A_F\C-937\009 NuArt\US DISTRICT PLEADINGS\Order (proposed) re Motion to Enforce Settlement Agreement 6 10 2013.doc

The Court therefore ORDERS that judgment shall enter in favor of CBS, and against NuArt and Albaugh, jointly and severally, in the amount of $68,187, plus interest hereafter at the statutory rate. ~~of 8% per year, plus attorney's fees and costs incurred in the enforcement of the settlement agreement after the date of the Final Judgment.~~

DATED this 12th day of July, 2013.

BY THE COURT

*/s/ Boyd N. Boland*
~~District Court Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**

3

\\Xpserver1\wp51\A_F\C-937\009 NuArt\US DISTRICT PLEADINGS\Order (proposed) re Motion to Enforce Settlement Agreement 6 10 2013.doc