**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-2886-BNB-CBS

COMMERCIAL BUILDING SERVICES, INC.,

    Plaintiff,
v.

NUART SIGN & GRAPHIC SYSTEMS, INC.,
CHAD ALBAUGH,

    Defendants.

---

**FINAL JUDGMENT**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the ORDER filed on July 12, 2013 [Doc. No. 36] by the Honorable Boyd N. Boland, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, the following FINAL JUDGMENT is hereby entered.

    Judgment is entered in favor of the plaintiff, Commercial Building Services, Inc., and against the defendants NuArt and Albaugh, jointly and severally, in the amount of $68,187. It is further

    ORDERED that post-judgment interest shall accrue at the current rate of <u>0.15%</u>, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.

    DATED at Denver, Colorado, this 12th day of July, 2013.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By: s/Edward P. Butler
                                      Edward P. Butler, Deputy Clerk